IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**JAMES TYRONE BELLAMY**
        **Petitioner**

**-v-**                            Civil Action No. 4:05-cv-01522-CWH
                         Criminal No. 4:01-CR-00293-CWH-1

**UNITED STATES OF AMERICA**
        **Respondent**                **ORDER**

This matter is before the Court on Motion of 28 U.S.C. 2255.

**IT IS ORDERED** that the United States Attorney file an answer or other pleading within twenty (20) days from the date of the filing of this Order.

                                     *C. Weston Houck*
                                     Honorable C. Weston Houck
                                     Senior U.S. District Judge

<u>May 31, 2005</u>
Charleston, South Carolina